IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| TARGET CORPORATION, a Minnesota Corporation, | : <br> : <br> : |
| Plaintiff, | : |
| vs. | :    CIVIL ACTION NO. <br> :    1:06-CV-2116-CC |
| JOHN DOE, | : <br> : |
| Defendant. | : |

## **ORDER**

      This matter is presently before the Court on Plaintiff's Emergency Motion for (1) Expedited Hearing and (2) Expedited Discovery [Doc. No. 2].  For good cause shown and in the interests of justice, the Court will permit expedited discovery in this matter.  Plaintiff Target Corporation ("Target") will be permitted to conduct limited discovery immediately, including the service of the subpoenas that are attached to Target's motion.  The service providers are directed to respond or object to Target's subpoenas within seven (7) days of the date of service and are further instructed to preserve information related to Defendant's identity until further order of this Court.  The scope of discovery shall be limited to efforts to identify the Defendant.

      In light of this ruling, the Court considers an expedited hearing unnecessary and denies Plaintiff's request for a hearing as moot.  Accordingly, for the reasons stated herein, Plaintiff's Emergency Motion is **GRANTED** in part and **DENIED** as moot in part.

      SO ORDERED this 11th day of September, 2006.

*s/   CLARENCE COOPER*

CLARENCE COOPER
UNITED STATES DISTRICT JUDGE
